11th Court of Appeals









 

 

 

 

 

11th Court
of Appeals

 

Eastland, Texas

 

Memorandum Opinion

 

 

Joe’s Pizza,
Pasta & Subs, Inc.

            Appellant

Vs.                   No.
11-01-00015-CV - Appeal from Dallas County

First Data
Merchant Services Corp.

            Appellee

 

 

            The trial court signed a default
judgment on June 19, 2000.  The appeal
was abated on March 16, 2001, pursuant to Appellant filing a motion to abate
this appeal in our court.  

            The appeal was reinstated on January
24, 2003.  Appellant has failed to
comply with this court’s January 24, 2003, letter directing counsel to provide
our court with a response showing grounds to continue this appeal

This
appeal is dismissed for want of prosecution. 
TEX.R.APP.P. 42.3.

 

 

                                                                                                PER
CURIAM

February 6, 2003

Panel consists
of:  Arnot, C.J., and Wright, J., and
McCall, J.